UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER THOMPSON,

    Plaintiff,

v.

GENERAL LINEN SUPPLY CO.,

    Defendant.
_____/

Case No. 17-cv-13739
Hon. Matthew F. Leitman

## ORDER REGARDING DEFENDANT'S MOTION TO DISMISS (ECF #4) AND GRANTING PLAINTIFF LEAVE TO AMEND

On November 16, 2017, Plaintiff Walter Thompson filed this action against Defendant General Linen Supply Co. (*See* Compl., ECF #1.) Among other things, Thompson alleges that General Linen retaliated against him in violation of Title VII of the Civil Rights Act of 1964. (*See id.*)

On March 16, 2018, General Linen filed a motion to dismiss Thompson's Complaint under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. (*See* ECF #4.) In the motion, General Linen argues that Thompson's Complaint does not plead sufficiently detailed or specific factual allegations and therefore fails to state a plausible claim as required by the Supreme Court's decision in *Ashcroft v. Iqbal*, 556 U.S. 662 (2009). (*See*, Compl., ECF #4 at Pg. ID 52-53, 55.)

1

Without expressing any view regarding the merits of General Linen's motion, the Court will grant Thompson the opportunity to remedy the purported pleading defects by granting him leave to file an Amended Complaint. Any Amended Complaint must be filed by no later than **April 8, 2018**, and must state a "plausible claim for relief" by pleading specific factual allegations that, if true, would "plausibly give rise to an entitlement to relief." *Iqbal*, 556 U.S. at 680. If Thompson timely files an Amended Complaint in compliance with this order, the Court will deny without prejudice General Linen's currently-pending motion to dismiss as moot. In that event, General Linen shall answer or otherwise respond to the Amended Complaint by no later than **April 29, 2018**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 16, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 16, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764