UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER THOMPSON,

    Plaintiff,

v.

GENERAL LINEN SUPPLY CO.,

    Defendant.
_____/

Case No. 17-cv-13739
Hon. Matthew F. Leitman

# ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO DISMISS (ECF #4) AS MOOT

On November 16, 2017, Plaintiff Walter Thompson filed this action against Defendant General Linen Supply Co. (*See* Compl., ECF #1.) Among other things, Thompson alleges that General Linen retaliated against him in violation of Title VII of the Civil Rights Act of 1964. (*See id.*)

On March 16, 2018, General Linen filed a motion to dismiss Thompson's Complaint under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. (*See* ECF #4.) On March 16, 2018, the Court entered an order in which it granted Thompson leave to amend the Complaint. (*See* ECF #5.) In that order, the Court stated that it would deny without prejudice the motion to dismiss as moot if Thompson filed an Amended Complaint. (*See id.* at Pg. ID 205.) On April 7, 2018, Thompson filed an Amended Complaint. (*See* ECF #6.)

1

Accordingly, **IT IS HEREBY ORDERED** that General Linen's motion to dismiss is **DENIED WITHOUT PREJUDICE** as **MOOT**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 10, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 10, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764