UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER THOMPSON,

    Plaintiff,

Case No. 17-cv-13739
Hon. Matthew F. Leitman

v.

GENERAL LINEN SUPPLY CO.,

    Defendant.
_____/

## ORDER ON STATUS CONFERENCE

On September 19, 2019, the Court held a telephonic status conference with counsel for both parties and addressed two discovery disputes.

The first dispute related to a request/subpoena for documents that Plaintiff purported to serve on a plant manager employed by Defendant. The plant manager need not respond to that request/subpoena because it was not properly issued and served. However, Plaintiff may convert the request to the plant manager into a request for documents to Defendant under Federal Rule of Civil Procedure 34. Because discovery is closed, the Court will require the form and content of Plaintiff's Rule 34 request to mirror the form and content of its prior request/subpoena to the plant manager (which was purportedly served before the close of discovery). The Court is simply allowing Plaintiff to serve the same request in the proper format – namely, under Rule 34. Plaintiff must serve its Rule 34 request on Defendant by

1

close of business on **September 20, 2019**. Defendant may serve timely objections, and Plaintiff may respond with a motion to compel, if appropriate.

The second dispute related to authorizations for medical records that Defendant asked Plaintiff to provide. Plaintiff shall provide to Defendant a full set of properly executed authorizations by not later than **September 26, 2019**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 19, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 19, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764