UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER THOMPSON

    Plaintiff,

v.

GENERAL LINEN SUPPLY CO., *et al.*,

    Defendants.
_____/

Case No. 17-cv-13739
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with this Court's Order dated April 13, 2020, **JUDGMENT IS HEREBY ENTERED** in favor of Defendant General Linen and Supply Company and against Plaintiff Walter Thompson on Count I of Thompson's Second Amended Complaint.

**IT IS FURTHER ORDERED AND ADJUDGED** that Counts II, III, IV, and V of Thompson's Second Amended Complaint are **DISMISSED WITHOUT PREJUDICE**.

                                            DAVID J. WEAVER
                                            CLERK OF COURT

                              By:    s/Holly A. Monda
                                                 Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN                         Dated: April 13, 2020
United States District Judge                       Flint, Michigan